UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Rachel M. Caldwell

**Debtor(s)**

Case No.: 16–34150

Chapter: 13

ENTERED
05/08/2017

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/8/17

KAREN K BROWN
United States Bankruptcy Judge